# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| The Bank of New York Mellon fka the Bank of New York as Trustee,<br><br>        Plaintiff<br><br>v.<br><br>Sunrise Ridge Master Homeowners Association, et al.,<br><br>        Defendants | 2:17-cv-00214-JAD-GWF<br><br>**Order Directing Clerk of Court to Accept Security of Costs Under NRS 18.130**<br><br>[ECF No. 11] |

Defendant Sunrise Ridge Master Homeowners Association has demanded that plaintiff the Bank of New York Mellon, an out-of-state resident, post a cost bond under NRS 18.130(1).[1] The statute allows a defendant in an action brought by an out-of-state plaintiff to demand that the plaintiff post a bond to secure costs up to $500.[2] Once the demand is filed and served, "all proceedings in the action shall be stayed" until the cost bond is deposited.[3] If the bond is not posted within 30 days of the demand, the defendant may move for dismissal.[4]

Because a court order is required in this district for the Clerk of Court to permit the posting of a cost bond, the demand is tracked as a motion in the court's system. Accordingly, with good cause appearing, IT IS HEREBY ORDERED that:

- The HOA's Demand for Security of Costs **[ECF No. 11] is GRANTED**;
- In the event that the cost bond is presented for deposit, **the CLERK OF COURT is directed to accept the deposit of $500.00 under NRS 18.130** as security for costs and

---

[1] ECF No. 11.

[2] Nev. Rev. Stat. § 18.130(1).

[3] *Id.*

[4] Nev. Rev. Stat. § 18.130(4).

charges that may be awarded against the plaintiff.  **The plaintiff must bring a copy of this order to the Clerk's office when making this deposit.**

IT IS FURTHER ORDERED that **this case is stayed by operation of NRS 18.130(1) until the $500 cost bond is deposited.**

DATED: March 6, 2017

_____
Jennifer A. Dorsey
United States District Judge

2