DIANA CLINE EBRON, ESQ.
Nevada Bar No. 10580
E-mail: diana@KGElegal.com
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
E-mail: jackie@KGElegal.com
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-mail: karen@KGElegal.com
KIM GILBERT EBRON
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWMBS, INC., CHL MORTGAGE PASS-THROUGH TRUST 2005-HYB4, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-HYB4, | Case No. 2:17-cv-00214-JAD-GWF |
| Plaintiff, | **ORDER GRANTING MOTION TO SERVE PATTY TAN BY PUBLICATION** |
| vs. | **-and-** |
| SUNRISE RIDGE MASTER HOMEOWNERS ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; and NEVADA ASSOCIATION SERVICES, INC., | **ORDER GRANTING MOTION TO ENLARGE TIME TO SERVE SUMMONS AND CROSS-CLAIM** |
| Defendants. | |
| SFR INVESTMENTS POOL 1, LLC, | |
| Counter/Cross Claimant, | |
| vs. | |
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWMBS, INC., CHL MORTGAGE PASS-THROUGH TRUST 2005-HYB4, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-HYB4; PATTY TAN, an individual, | |

KIM GILBERT EBRON
7625 DEAN MARTIN DRIVE, SUITE 110
LAS VEGAS, NV 89139
(702) 485-3300 FAX (702) 485-3301

- 1 -

1

Counter/Cross Defendants.

2

3
Upon reading the Affidavit of Due Diligence; it appearing that an Answer, Counterclaim,

4
and Cross-Claim has been filed; that a Summons directed to Cross-Defendant, PATTY TAN has

5
been issued [ECF No. 27]; that Cross-Defendant, Tan is a necessary party; and that Cross-

6
Defendant Tan cannot be found to be personally served in the State of Nevada, and good cause

7
appearing therefore,

8
**IT IS HEREBY ORDERED** that since the Cross-Defendant, PATTY TAN, cannot now

9
be found so as to be personally served, she may be served by publication of the Summons at least

10
once a week for four (4) weeks in the Nevada Legal News, a newspaper of general circulation and

11
once a week for four (4) weeks in a newspaper of general circulation in Los Angeles County,

12
California.

13
**IT IS FURTHER ORDERED** that a copy of the Summons and Answer, Counterclaim,

14
and Cross-Claim shall be mailed forthwith to Cross-Defendant Tan, first class mail, postage

15
prepaid, addressed to the Cross-Defendant's last known address.

16
**IT IS FURTHER ORDERED** that SFR's Motion to Enlarge Time to Serve is GRANTED

17
and the time for service is extended by an additional 60 days from the date of this order is entered

18
///

19
///

20
///

21
///

22
///

23
///

24
///

25
///

26
///

27
///

28
///

**KIM GILBERT EBRON**
7625 DEAN MARTIN DRIVE, SUITE 110
LAS VEGAS, NV 89139
(702) 485-3300 FAX (702) 485-3301

- 2 -

to allow SFR Investments Pool 1, LLC ("SFR") to effectuate service by publication.

Dated this _5th_ day of _____July_____, 2017.

_____
UNITED STATES MAGISTRATE JUDGE

Submitted by:

**KIM GILBERT EBRON**

_/s/Diana Cline Ebron_
Diana Cline Ebron, Esq.
Nevada Bar No. 10580
Jacqueline A. Gilbert, Esq.
Nevada Bar No. 10593
Karen L. Hanks, Esq.
Nevada Bar No. 9578
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada  89139
Phone: (702) 485-3300
Fax:     (702) 485-3301
_Attorneys for SFR Investments Pool 1, LLC_