1  ASHLIE L. SURUR, ESQ.
   Nevada Bar No. 11290
2  asurur@lawhjc.com

3  **HALL, JAFFE & CLAYTON, LLP**
   7425 Peak Drive
4  Las Vegas, Nevada 89128
   (702) 316-4111
5  Fax (702) 316-4114

6  *Attorneys for Sunrise Ridge Master
   Homeowners Association*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWMBS, INC., CHL MORTGAGE PASS-THROUGH TRUST 2005-HYB4, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 200-HYB4<br><br>Plaintiff,<br><br>vs.<br><br>SUNRISE RIDGE MASTER HOMEOWNERS ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; and NEVADA ASSOCIATION SERVICES, INC.,<br><br>Defendants. | Case No.: 2:17-cv-00214-JAD-GWF<br><br>**STIPULATION AND ORDER TO EXTEND BEIEFING SCHEDULE FOR OPPOSITIONS TO MOTIONS FOR SUMMARY JUDGMENT** |

Sunrise Ridge Mater Homeowners Association (HOA), The Bank Of New York Mellon fka The Bank Of New York As Trustee for The Certificateholders CWMBS, Inc., CHL Mortgage Pass-Through Trust 2005-HYB4, Mortgage Pass-Through Certificates, Series 200-HYB4 (BNYM), SFR Investment Pool 1, LLC (SFR) stipulate as follows:

1. BNYM filed its Motion for Summary Judgment on June 26, 2018. [ECF No. 46], making oppositions due July 18, 2018.

2. SFR filed its Motion for Summary Judgment on June 29, 2018. [ECF No. 53], making oppositions due July 20, 2018.

3. SFR filed its opposition to BNYM's Motion for Summary Judgment on July 17,

1

2018. [ECF No. 55].

4. The HOA requires additional time to brief the issues raised in BNYM's Motion for Summary Judgment [ECF No. 46].

5. This constitutes good cause to grant the HOA a limited extension of time to respond to the motions.

6. The parties stipulate and agree that the HOA's opposition to BNYM's Motion for Summary Judgment and is due on or before August 1, 2018.

| Dated: July 18, 2018. | Dated: July 18, 2018. |
|---|---|
| **HALL, JAFFE & CLAYTON, LLP** | **KIM GILBERT EBRON** |
| */s/ Ashlie L. Surur* <br> Ashlie L. Surur, Esq. <br> Nevada Bar No. 11290 <br> 7425 Peak Drive <br> Las Vegas, Nevada 89128 <br> *Attorneys for Sunrise Ridge Master Homeowners Association* | */s/ Karen L. Hanks* <br> Diana S. Ebron, Esq. <br> Nevada Bar No. 10580 <br> Jacqueline A. Gilbert, Esq. <br> Nevada Bar No. 10593 <br> Karen L. Hanks, Esq. <br> Nevada Bar No. 9578 <br> Jason G. Martinez, Esq. <br> Nevada Bar No. 13375 <br> 7625 Dean Martin Drive, Suite 110 <br> Las Vegas, Nevada 89139 <br> *Attorneys for SFR Investments Pool 1, LLC* |
| Dated: July 18, 2018. <br><br> AKERMAN LLP <br><br> */s/ Tenesa S. Powell* <br> Ariel E. Stern, Esq. <br> Nevada Bar No. 8276 <br> Tenesa S. Powell, Esq. <br> 1635 Village Center Drive, Suite 200 <br> Las Vegas, Nevada 89134 <br> Nevada Bar No.12488 <br> *Attorneys for Bank of New York Mellon* | |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT COURT JUDGE


DATED: 7/19/2018

2