ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
TENESA S. POWELL, ESQ.
Nevada Bar No. 12488
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: tenesa.powell@akerman.com

*Attorneys for Plaintiff The Bank of New York Mellon fka The Bank of New York as Trustee for the Certificateholders CWMBS, Inc., CHL Mortgage Pass-Through Trust 2005-HYB4, Mortgage Pass-Through Certificates, Series 2005-HYB4*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWMBS, INC., CHL MORTGAGE PASS-THROUGH TRUST 2005-HYB4, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-HYB4; <br><br> Plaintiff, <br><br> vs. <br><br> SUNRISE RIDGE MASTER HOMEOWNERS ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; and NEVADA ASSOCIATION SERVICES, INC., <br><br> Defendants. | Case No. 2:17-cv-00214-JAD-GWF <br><br> **STIPULATION AND ORDER TO EXTEND TIME FOR TO FILE REPLIES** <br><br> [FIRST REQUEST] |

45949349;1

1

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

SFR INVESTMENTS POOL 1, LLC,

    Counter/Cross Claimant,

vs.

THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWMBS, INC., CHL MORTGAGE PASS-THROUGH TRUST 2005-HYB4, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-HYB4; PATTY TAN, an individual,

    Counter/Cross Defendants.

Plaintiff The Bank of New York Mellon fka The Bank of New York as Trustee for the Certificateholders CWMBS, Inc., CHL Mortgage Pass-Through Trust 2005-HYB4, Mortgage Pass-Through Certificates, Series 2005-HYB4 (**BoNYM**), and Defendant SFR Investment Pool 1, LLC (**SFR**) stipulate as follows:

1. BoNYM filed its motion to for summary judgment on June 26, 2018. [ECF No. 47]. SFR filed its response on July 17, 2018 [ECF No. 55]. BoNYM's reply is currently due on July 31, 2018.

2. SFR filed its motion to for summary judgment on June 29, 2018. [ECF No. 53]. BoNYM filed its response on July 20, 2018 [ECF No. 58] SFR's reply is currently due on August 3, 2018.

3. The parties hereby stipulate and agree that both SFR and BoNYM shall have until **August 14, 2018** to file their replies in support of their respective summary judgement motions.

. . .

. . .

. . .

. . .

2

45949349;1

The extension is requested because counsel for BoNYM was engaged in trial preparation and trial for the bulk of the last two weeks. Additionally, both counsel have briefing deadlines in several different cases all falling on the same dates. The requested extension is to allow both counsel an opportunity to adequately and thoroughly respond to the arguments raised in the opposing briefs. This is the first request for an extension of this deadline and is not made for purposes of undue delay.

DATED July 31, 2018.

| **AKERMAN LLP** | **KIM GILBERT EBRON** |
|---|---|
| /s/ *Tenesa S. Powell* <br> ARIEL E. STERN, ESQ. <br> Nevada Bar No. 8276 <br> TENESA POWELL, ESQ. <br> Nevada Bar No. 12488 <br> 1635 Village Center Circle, Suite 200 <br> Las Vegas, Nevada 89134 <br><br> *Attorneys for Plaintiff The Bank of New York Mellon fka The Bank of New York as Trustee for the Certificateholders CWMBS, Inc., CHL Mortgage Pass-Through Trust 2005-HYB4, Mortgage Pass-Through Certificates, Series 2005-HYB4* | /s/ *Jacqueline A. Gilbert* <br> JACQUELINE A. GILBERT, ESQ. <br> Nevada Bar No. 10593 <br> E-mail: jackie@kgelegal.com <br> 7625 Dean Martin Drive, Suite 110 <br> Las Vegas, Nevada 89139 <br><br> *Attorneys for SFR Investment Pool 1, LLC* |

## **ORDER**

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT COURT JUDGE**
Dated: August 1, 2018.