# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

The Bank of New York Mellon fka the Bank of New York, as Trustee for the Certificateholders of CWMBS, Inc., CHL Mortgage Pass-through Trust 2005-HYB4, Mortgage Pass-through Certificates, Series 2005-HYB4,

Plaintiff

v.

Sunrise Ridge Master Homeowners Association, et al.,

Defendants

Case No.: 2:17-cv-00214-JAD-GWF

**Order Denying Motions for Summary Judgment without Prejudice and Directing Rebriefing**

[ECF Nos. 47, 53, 67]

The Bank of New York Mellon sues for a declaration that its deed of trust securing the mortgage on the home at 3557 Chelsea Grove Street in Las Vegas, Nevada, was not extinguished by the Sunrise Ridge Master Homeowners Association's non-judicial foreclosure sale to SFR Investments Pool 1, LLC. Both the Bank and SFR moved for summary judgment in June. After those motions were filed, the Nevada Supreme Court issued two important decisions in this area of Nevada law: *Bank of America v. SFR Investments Pool 1, LLC*,[1] and *SFR Investments Pool 1, LLC v. Bank of New York Mellon*.[2] Because these cases may materially impact the issues raised in the pending motions for summary judgment, to promote judicial efficiency and ensure that this matter is decided based on the most updated authority available,

IT IS HEREBY ORDERED that the pending motions for summary judgment **[ECF Nos. 47, 53] are DENIED** without prejudice to their refiling no later than October 15, 2018.

IT IS FURTHER ORDERED that, **before the parties may file those revised motions, they must meet and confer** as defined by Local Rule IA 1-3(f) about each argument contained

---

[1] 134 Nev. Adv. Op. 72 (Sept. 13, 2018).

[2] 422 P.3d 1248 (Aug. 2, 2018).

1

in the revised motion.  **The new motions for summary judgment must be accompanied by a declaration** by movant's counsel that sets forth the details and results of the meet-and-confer conference and that certifies that, despite good faith efforts, the issues could not be resolved.  If new motions are filed, briefing will proceed under the schedule prescribed by Local Rule 7-2.

    IT IS FURTHER ORDERED that the Plaintiff's Motion for Leave to File Supplemental Authority **[ECF No. 67] is DENIED** as moot.

Dated: September 14, 2018

                                              U.S. District Judge Jennifer A. Dorsey