DIANA S. EBRON, ESQ.
Nevada Bar No. 10580
E-Mail: diana@kgelegal.com
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
E-Mail: jackie@kgelegal.com
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-Mail: karen@kgelegal.com
KIM GILBERT EBRON
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139-5974
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorney for SFR Investments Pool 1, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWMBS, INC., CHL MORTGAGE PASS-THROUGH TRUST 2005-HYB4, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-HYB4,<br><br>Plaintiff,<br><br>vs.<br><br>SUNRISE RIDGE MASTER HOMEOWNERS ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; and NEVADA ASSOCIATION SERVICES, INC.,<br><br>Defendants. | Case No. 2:17-cv-00214-JAD-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TRIAL RELATED DEADLINES AND TRIAL**<br><br>ECF No. 94 |
| SFR INVESTMENTS POOL 1, LLC,<br><br>Counter/Cross Claimant,<br><br>vs.<br><br>THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWMBS, INC., CHL MORTGAGE PASS-THROUGH TRUST 2005-HYB4, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-HYB4; PATTY TAN, an individual, | |

Counter/Cross Defendants.

**STIPULATION AND ORDER TO EXTEND TRIAL RELATED DEADLINES AND TRIAL**

The Bank of New York Mellon fka the Bank of New York as Trustee for the Certificateholders CWMBS, Inc., CHL Mortgage Pass-Through Trust 2005-HYB4, Mortgage Pass-Through Certificates, Series 2005-HYB4 ("BoNYM"), SFR Investments Pool 1, LLC ("SFR") and Sunrise Ridge Master Homeowners Associations ("Sunrise") (collectively, the "Parties"), by and through the undersigned counsel, hereby stipulate and agree to extend the following trial related deadlines, and in support of such stipulation represent as follows:

1. BoNYM and SFR have reached a settlement in principle and the settlement agreement has been executed by the Parties. BoNYM and SFR, however, need additional time to perform a condition precedent to the settlement and anticipate 90-days will be sufficient.

2. BoNYM and Sunrise have reached a settlement in principle and are working to finalize the agreement.

3. The Parties agree the June 16, 2020 trial date be vacated and rescheduled for 90 days from June 16, 2020.

4. The Parties further agree the May 16, 2020 deadline to file pre-trial motions and pre-trial disclosures be continued in accordance with the continued trial date set by this Court.

5. The Parties further agree the June 8, 2020 calendar call and related deadlines for filing the parties' trial briefs, the parties' witness and exhibit lists, proposed jury instructions, proposed voir dire questions (for jury trial) and proposed findings of facts and conclusions of law (for bench trial) be vacated and rescheduled in accordance with the new trial date set by this Court.

///
///
///
///
///
///

This is the Parties' first request for a trial continuance and extension of trial related deadlines, and is not intended to cause any delay or prejudice to any party.

DATED this 15th day of May, 2020.

**KIM GILBERT EBRON**

*/s/ Karen L. Hanks*
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
*Attorneys for SFR Investments Pool 1, LLC*

DATED this 15th day of May, 2020.

**AKERMAN LLP**

*/s/ Nicholas E. Belay*
NICHOLAS E. BELAY, ESQ.
Nevada Bar No. 15175
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
*Attorneys for The Bank of New York Mellon*

DATED this 15th day of May, 2020.

**HALL JAFFE CLAYTON, LLC**

*/s/ Ashlie L. Surur*
ASHLIE L. SURUR, ESQ.
Nevada Bar No. 11290
7425 Peak Drive
Las Vegas, Nevada 89128
*Attorneys for Sunrise Ridge Master Homeowners Association*

Based on the parties stipulation and good cause appearing, the jury trial currently set for 6/16/2020 is vacated and continued to 10/20/2020 at 9:00 a.m.; and the calendar call currently scheduled for 6/8/2020 is vacated and continued to 10/13/2020 at 1:30 p.m. Pretrial motions are due by 9/21/2020. All trial briefs, proposed voir dire, proposed jury instructions, exhibit lists, and witness lists are due buy noon on 10/13/2020.

Dated: May 18, 2020.

_____
UNITED STATES DISTRICT JUDGE

- 3 -