ASHLIE L. SURUR, ESQ.
Nevada Bar No. 11290
asurur@lawhjc.com

HALL JAFFE & CLAYTON, LLP
7425 Peak Drive
Las Vegas, Nevada 89128
(702) 316-4111
Fax (702) 316-4114

*Attorneys for Sunrise Ridge Master
Homeowners Association*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWMBS, INC., CHL MORTGAGE PASS-THROUGH TRUST 2005-HYB4, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 200-HYB4, | Case No.:  2:17-cv-00214-JAD-EJY<br><br>**STIPULATION AND ORDER TO REOPEN TO LIFT STAY AND TO DISMISS WITH PREJUDICE** |
| Plaintiff, | |
| vs. | ECF No. 104 |
| SUNRISE RIDGE MASTER HOMEOWNERS ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; and NEVADA ASSOCIATION SERVICES, INC., | |
| Defendants. | |
| SFR INVESTMENTS POOL 1, LLC, | |
| Counter/Cross Claimant, | |
| vs. | |
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWMBS, INC., CHL MORTGAGE PASS-THROUGH TRUST 2005-HYB4, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 200-HYB4; PATTY TAN, an individual, | |
| Counter/Cross Defendants. | |

1

The Bank Of New York Mellon fka The Bank Of New York As Trustee for The Certificateholders CWMBS, Inc., CHL Mortgage Pass-Through Trust 2005-HYB4, Mortgage Pass-Through Certificates, Series 2005-HYB4 Mortgage Pass-Through Certificates, Series 200-HYB4 ("BoNYM"), SFR Investment Pool 1, LLC ("SFR"), and Sunrise Ridge Master Homeowners Association ("HOA"), by and through their respective counsel of record, stipulate as follows:

1.      BNYM filed its Complaint against SFR and HOA on January 25, 2017 [ECF No. 1].

2.      The parties filed a Joint Status Report and Stipulation and Order to Stay Proceedings (First Request) on August 28, 2020 [ECF No. 100].

3.      The Court entered its Order to Stay Proceedings and Vacate Trial (First Request) on August 31, 2020, and administratively closed this case [ECF No. 101], which directed Plaintiff to file a motion to reopen and dismiss the case within 120 days of the order.

4.      The parties to this stipulation have now resolved the claims in this action, except for SFR's claim against Patty Tan, and desire to obtain a stipulated dismissal.

5.      The parties agree to re-open the case and lift the stay.

6.      Once this order is entered both re-opening this case and lifting the stay, SFR intends to resolve its claims against Patty Tan by a motion for default judgment.

7.      There is therefore good cause to reopen the case and lift the stay.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

8.     These stipulating parties agree to dismiss all claims asserted in this case with prejudice, except for SFR's claims against Patty Tan, with each party to bear its own fees and costs.

| Dated: December 24, 2020 | Dated: December 24, 2020 |
|---|---|
| **HALL, JAFFE & CLAYTON, LLP** | **KIM GILBERT EBRON** |
| /s/ Ashlie L. Surur<br>Ashlie L. Surur, Esq.<br>Nevada Bar No. 11290<br>7425 Peak Drive<br>Las Vegas, Nevada 89128<br>*Attorneys for Sunrise Ridge Master Homeowners Association* | /s/ Karen L. Hanks<br>Diana S. Ebron, Esq.<br>Nevada Bar No. 10580<br>Jacqueline A. Gilbert, Esq.<br>Nevada Bar No. 10593<br>Karen L. Hanks, Esq.<br>Nevada Bar No. 9578<br>Jason G. Martinez, Esq.<br>Nevada Bar No. 13375<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, Nevada 89139<br>*Attorneys for SFR Investments Pool 1, LL* |
| Dated: December 24, 2020<br><br>AKERMAN LLP<br><br>/s/ Nicholas E. Belay<br>Ariel E. Stern, Esq.<br>Nevada Bar No. 8276<br>Natalie L. Winslow, Esq.<br>Nevada Bar No. 12125<br>Nicholas E. Belay, Esq.<br>Nevada Bar No. 15175<br>1635 Village Center Drive, Suite 200<br>Las Vegas, Nevada 89134<br>*Attorneys for Bank of New York Mellon* | |

## ORDER

Based on the parties' stipulation **[ECF No. 104]** and good cause appearing, IT IS HEREBY ORDERED that the STAY is LIFTED and all claims in this action are DISMISSED with prejudice, *EXCEPT for SFR Investments Pool 1, LLC's claims against defaulted party Patty Tan*, each side to bear its own fees and costs.  The Clerk of Court is directed to REOPEN this case and terminate all parties except for Cross Claimant SFR Investments Pool 1, LLC and Cross Defendant Patty Tan.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: December 28, 2020