AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

SFR Investments Pool 1, LLC

               Cross Claimant,

v.

Patty Tan

               Cross Defendant.

DEFAULT JUDGMENT IN A CIVIL CASE

Case Number: 2:17-cv-00214-JAD-EJY

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that Default Judgment is entered in favor of Cross Claimant SFR Investments Pool 1, LLC, and against Cross Defendant Patty Tan.

4/15/2022  
Date

DEBRA K. KEMPI  
Clerk

/s/ K. Ferris  
Deputy Clerk